# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv110

| | |
|---|---|
| **DEL CAMPO FRESH, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**KEVIN L. HUBBARD, doing business** )<br>**as Grapevine Produce,** )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on the court's Motion for Case Status. It appears from a review of the record that plaintiff has obtained service over defendant, and that the last possible date for any defendant to serve an Answer was October 23, 2007. No answer has been filed. Plaintiff must now take whatever action is necessary or it deems appropriate to move the case forward; failing such, the undersigned will recommend dismissal for failure to prosecute.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED,** and plaintiff shall file an appropriate motion not later than February 22, 2008, to move this case forward.

Signed: February 13, 2008

Dennis L. Howell
United States Magistrate Judge